UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

Robert E. Newsome, Jr.,            )
                                   )
      Movant,                      )
                                   )
vs.                                )     10-0708-CV-W-SOW
                                   )     (Criminal No. 07-00273-01-CR-W-SOW)
                                   )
United States of America,          )
                                   )
      Respondent.                  )

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is denied. Movant's Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is denied. Movant is denied a certificate of appealability.


April  6 , 2011                               ANN THOMPSON
                                                            CLERK OF COURT


                                                             /s/ Tina Duer
                                                             by Tina Duer